Deonté Spicer
Reg. No. 35679-007
Civil Action No. 101576
12-19-10

Clerk's Office
United States District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**RECEIVED**
DEC 23 2010
Clerk, U.S. District and
Bankruptcy Courts

Dear Clerk,

I Deonté V. Spicer Civil Action no. 101576 case 1:10-CV-01576-HHK is simply requesting more time to file my motion which is do Jan. 7, 2011 because do to a recent lockdown I don't have acess to know computer to help me with my motion. Also Coleman 1 US Penitentiary haven't informed us of when we are coming off lockdown there for I am requesting for more time to file my motion that is do jan. 7, 2011.
Your time and assistance is always appreciated thank you again.

**Received**
**Mail Room**
DEC 23 2010
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

Respectfully Submitted
by: Deonté Spicer
Deonté V. Spicer