IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEONTE SPICER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-001576 (HHK) |
| | ) | |
| DISTRICT OF COLUMBIA, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR WITHDRAWAL FROM APPOINTMENT**

Michael Bekesha was appointed to represent Deonte Spicer, the *pro se* plaintiff in this matter on March 14, 2011.  Due to counsel's other professional commitments, counsel lacks the necessary time to represent Plaintiff in this matter.  Pursuant to Local Civil Rule 83.11(b)(6)(i)(dd), Counsel respectfully requests that the Court relieve Michael Bekesha from the appointment as counsel for Plaintiff.  As grounds therefor, Counsel states as follows:

**MEMORANDUM OF LAW**

1.	On March 14, 2011, Michael Bekesha was appointed to represent Deonte Spicer, the *pro se* plaintiff in this matter.

2.	Between March 14, 2011 and April 1, 2011, Mr. Bekesha has traveled to Las Vegas, NV, Harrisburg, PA, and Denever, CO to satisfy various professional commitments.

3.	On April 1, 2011, Mr. Bekesha consulted his calendar for the next three months.

4.	During the month of April, Mr. Bekesha is preparing the following: a substantive brief due on April 8, 2011 in Colorado state court concerning the Colorado Open Records Act; a memorandum in opposition to a motion for summary judgment and a cross-motion for summary judgment due on April 13, 2011 in *McKinley v. FDIC*, Case No. 10-420 (D.D.C.); and a reply

brief due April 18, 2011 in the Arizona Court of Appeals, Division 1. Mr. Bekesha must also prepare for an oral argument on April 21, 2011 in *McKinley v. Board of Governors,* Case No. 10-5353 (D.C. Cir.).

5. In May and June, Mr. Bekesha has already scheduled substantive briefing in three cases in the U.S. District Court for the District of Columbia. *Judicial Watch v. F.B.I.,* Case No. 10-1568; *McKinley v. FDIC*, Case No. 10-420; and *McKinley v. Board of Governors*, Case No. 10-0751.

6. Because of the above-scheduled briefings as well as other daily professional commitments, Mr. Bekesha lacks the time necessary to represent Plaintiff in this matter.

7. On April 1, 2011, the undersigned conferred with counsel for Defendant about the request for relief from appointment.

WHEREFORE, counsel respectfully requests that the Court withdraw Mr. Bekesha as appointed counsel to Plaintiff pursuant to Local Civil Rule 83.11(b)(6)(i)(dd).

Dated: April 1, 2011                                                             Respectfully submitted,


/s/ Michael Bekesha
D.C. Bar No. 995749
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2011, I filed via the CM/ECF system the foregoing **MOTION FOR WITHDRAWAL FROM APPOINTMENT** with the Court and served via First-Class U.S. Mail the foregoing **MOTION FOR WITHDRAWAL FROM APPOINTMENT** to:

> Deonte Spicer
> R35679-007
> Coleman I
> U.S. Penitentiary
> Inmate Mail/Parcels
> P.O. BOX 1033
> Coleman, FL 33521

/s/ Michael Bekesha